Case 10-01204    Doc 11    Filed 07/22/10    Entered 07/28/10 10:06:40    Desc Main
Document    Page 1 of 2

10-01204:8.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 7/15/2010 12:31:46 PM by:Charles Glanzer Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Debra McCarthy ) | |
| ) | Case No. 10-14055 |
| Debtor ) | Chapter 13 |
| ) | |
| _____ ) | Judge J. Schmetterer |
| ) | |
| Debra McCarthy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 10 AP 01204 |
| ) | |
| Household Finance Corporation III, ) | |
| ) | |
| Defendant. ) | |

### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon review of the record, including Plaintiff's Complaint, Summons, and Motion for Default Judgment along with all attached exhibits and affidavits, the Court makes the following findings of fact and conclusions of law:

1. This is a core proceeding within the meaning of Section 157(B)(1) and (2) of Title 28, United States Code.

2. Venue is proper pursuant to Section 1409 of Title 28, United States Code.

3. The Plaintiff is the owner of a single family residence located at 14535 S. Saginaw Ave., Burnham, Illinois (hereinafter "Property").

4. That TCF Banking & Savings holds a first mortgage lien on the Property with a payoff balance of $97,946.06.

Case 10-01204    Doc 11    Filed 07/22/10    Entered 07/28/10 10:06:40    Desc Main
Document    Page 2 of 2

10-01204:8.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 7/15/2010 12:31:46 PM by:Charles Glanzer Page 2 of 2

5. That on May 18, 2010 Plaintiff obtained an appraisal of the Property from appraiser Jerome T. Dea, Jr. The appraisal indicated that the Property has a value of $40,000.00.

6. That the secured claim of TCF Bank & Savings' first mortgage exceeds the value of the Property, leaving Defendant's claim for the second mortgage completely unsecured.

7. That Defendant's lien must be cancelled pursuant to Sections 506 and 1327(b)(2) of the Bankruptcy Code.

8. On May 27, 2010 Plaintiff filed a complaint to determine the value of security and release of Household Finance Corporation III's (hereinafter "HFC") underlying second mortgage on Plaintiff's property.

9. On June 14, 2010 an alias summons was issued by the Clerk of the Bankruptcy Court requiring HFC to answer or otherwise please on or before July 14, 2010.

10. On June 14, 2010 a true copy of the alias summons and complaint was served via United States First Class Mail on Kathryn Madison, President, Household Finance Corporation III, 26525 N. Riverwoods Blvd., Mettawa, IL 60045 and Household Finance Corporation III, c/o CT Corporation System – registered agent, 208 South LaSalle St., Suite 814, Chicago, IL 60604.

11. Defendant has failed to plead or otherwise defend against Plaintiff's complaint and is, therefore, in default pursuant to Bankruptcy Rule 7052.

Judge Jack B. Schmetterer

JUL 22 2010

Prepared By:
Charles E. Glanzer
Glanzer & Angres, P.C.
101 W. Grand Ave., Suite 200
Chicago, IL 60654
(312) 644-2227